SARAH E. KELLY, Respondent, *v.* THE HOME SAVINGS BANK OF THE CITY OF ALBANY et al., Appellants.

*Kelly* v. *Home Savings Bank,* 103 App. Div. 141. appeal withdrawn.
(Argued October 7, 1905; decided October 24, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 8, 1905, which reversed a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term and granted a new trial.

*M. H. Merwin* and *William P. Rudd* for appellants.

*Andrew J. Nellis* for respondent.

Appeal withdrawn on payment of costs of appeal in this court.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.